AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Franklin Abraham Sorto-Membreno | United States District Court<br>Southern District Of Texas<br>FILED<br>MAY 2 2 2019<br>David J. Bradley, Clerk | **CRIMINAL COMPLAINT**<br>Case Number: M-19-1174-M |

IAE   YOB: 1996
EL SALVADOR
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 20, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts:

Franklin Abraham Sorto-Membreno was encountered by Border Patrol Agents near Mission, Texas on May 20, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 20, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 20, 2019 through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Approved by AUSA S. DiPIAZZA 5/22/19 @ 8:08am

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Nicolas L. Burgos    Border Patrol Agent

Sworn to before me and subscribed in my presence,

May 22, 2019

J Scott Hacker                   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer